# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 6, 2021

162306 & (54)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHN BENTON LEWIS,
      Defendant-Appellant.

SC: 162306
COA: 348634
Berrien CC: 2017-016054-FH
                 2017-016060-FC

_____/

     On order of the Court, the motion to amend and supplement pleadings is GRANTED to the extent that the appellant seeks to add, amend, and supplement the issues presented in the application for leave to appeal. The application for leave to appeal the October 15, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2021



b0628

             Clerk